# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 92-30041-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| EDDIE LEE COOKS | MAG. JUDGE KAREN L. HAYES |

## SECOND AMENDED ORDER

On July 1, 2008, the Court issued an Order [Doc. No. 188] appointing the Office of the Public Defender to represent Defendant Eddie Lee Cooks in this matter and indicating that Defendant is not entitled to a reduction in his 360-month term of imprisonment.

However, upon review, the Court has determined that Defendant was actually sentenced to a mandatory life sentence pursuant to 21 U.S.C. § 851(a)(1). Accordingly, no reduction is permissible.

IT IS ORDERED that Defendant and the Government file any response to this Amended Order by October 7, 2008.

MONROE, LOUISIANA, this 22nd day of August, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE